Case 1:08-cr-00009   Document 1   Filed 03/05/2008   Page 1 of 1

FILED
Clerk
District Court

MAR -5 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> REYES, ROSE MAYO OMAR, ) <br>    (a.k.a. Amin, Rose Mayo Omar) ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. CR 08-00009 <br><br> INFORMATION <br><br> Title 18, U.S.C. § 371 – Conspiracy (Ct. 1). |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE

### CONSPIRACY

On or about August 23, 2007, in the District of the Northern Mariana Islands and elsewhere, ROSE MAYO OMAR REYES, the defendant, did unlawfully, willfully and knowingly conspire, confederate and agree with Mohamad Ruhul Amin to violate Title 8, United States Code, Section 1325(a), a Class B misdemeanor, to wit, by assisting Mohamad Ruhul Amin's attempt to enter the United States by use of a willfully false statement, in violation of Title 18, United States Code, Section 371.

LEONARDO M. RAPADAS
United States Attorney
District of the Northern Mariana Islands

DATED: March 5, 2008        By: _____
                                 ERIC S. O'MALLEY
                                 Assistant U.S. Attorney