LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant United States Attorney
DISTRICT OF THE NORTHERN
   MARIANA ISLANDS
Horiguchi Building, Third Floor
P.O. Box 500377
Saipan, MP 96950
Telephone: (670) 236-2980
Fax: (670) 236-2985

Attorneys for United States of America

F I L E D
Clerk
District Court

MAR - 5 2008

For The Northern Mariana Islands
By_____
   (Deputy Clerk)

## UNITED STATES DISTRICT COURT

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REYES, ROSE MAYO OMAR,<br>  (a.k.a. Amin, Rose Mayo Omar)<br><br>    Defendant. | Criminal Case No. 08-00009<br><br>**MOTION TO DISMISS INFORMATION AND ORDER** |

The United States respectfully moves for an order dismissing the Information in this case.

Dated: March 5, 2008

                          LEONARDO M. RAPADAS
                          United States Attorney

                By: _____
                      ERIC S. O'MALLEY
                      Assistant United States Attorney
                      District of the Northern Mariana Islands

SO ORDERED:

_[signature]_
ALEX R. MUNSON, CHIEF JUDGE